BEFORE THE THIRD DIVISION, JUNE 10, 1965

**No. 69365.**—Novelty Import Co., Inc., et al. *v.* United States, protests 64/18687, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), and that the merchandise reported by the inspector as manifested, not found, was not in fact received by the importers, the claim of the plaintiffs was sustained to the extent that duties and taxes were assessed upon quantities of merchandise in excess of that which was imported.

**No. 69366.**—N.Y. Merchandise Co., Inc. *v.* United States, protests 64/22919 and 64/23934 (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), and that the merchandise reported by the inspector as manifested, not found, was not in fact received by the importer, the claim of the plaintiff was sustained to the extent that duties were assessed upon quantities of merchandise in excess of that which was imported.

JUNE 7, 1965

**No. 69367.**—Atlas Trading Corporation *v.* United States, protest 64/12583. Protest dismissed April 12, 1965. Plaintiff's application for rehearing granted.

JUNE 8, 1965

**No. 69368.**—Sol Kahaner & Bro. *v.* United States, protests 61/23789 and 64/6247. Protests dismissed April 28, 1965. Plaintiff's application for rehearing granted.

JUNE 8, 1965

**No. 69369.**—APPEAL 5165.—United States *v.* Brier Manufacturing Company.— affirmed April 8, 1965. C.A.D. 854.